■ NEIL B. WEBB et al., Respondents, v TORRINGTON INDUSTRIES, INC., Appellant. (Appeal No. 2.) [812 NYS2d 904]—Appeal from an order of the Supreme Court, Oswego County (James W. McCarthy, A.J.), entered May 31, 2005. The order, among other things, directed the sale of so much of defendant's equipment and real property as necessary to satisfy the outstanding judgments.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Same memorandum as in *Webb v Torrington Indus., Inc.* ([appeal No. 1] 28 AD3d 1216 [2006]). Present—Pigott, Jr., P.J., Scudder, Kehoe, Green and Hayes, JJ.

■ NEIL B. WEBB et al., Respondents, v TORRINGTON INDUSTRIES, INC., Appellant. (Appeal No. 3.) [812 NYS2d 904]—Appeal from an order of the Supreme Court, Oswego County (James W. McCarthy, A.J.), entered July 1, 2005. The order, insofar as appealed from, denied defendant's motion for leave to renew.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Same memorandum as in *Webb v Torrington Indus. Inc.* ([appeal No. 1] 28 AD3d 1216 [2006]). Present—Pigott, Jr., P.J., Scudder, Kehoe, Green and Hayes, JJ.